**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| CASE NAME | Blair A. Lockett |
|---|---|
| CASE NO. | 23-70274-JAD |
| RELATED TO DOCUMENT NO. | #14 – Motion to Extend Time to Complete the Bankruptcy Filing |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Motion to Extend Time to Complete the Bankruptcy Filing that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

1) THE MOTION AND PROPOSED ORDER MUST HAVE A COMPLETE CASE CAPTION NAMING A MOVANT AND ANY RESPONDENT(S) IN ACCORDANCE WITH W.PA.LBR 9004-1, AND 2) THE FILER'S CONTACT INFORMATION (TYPED NAME, TELEPHONE NUMBER, AND ADDRESS) MUST BE INCLUDED UNDER THE SIGNATURE LINE IN ACCORDANCE WITH W.PA.LBR 5005-6.

You must file a Motion to Extend Time to Complete the Bankruptcy Filing within ten (10) days of the date of this notice.

**Please attach a copy of this Notice to the front of the Motion to Extend Time to Complete the Bankruptcy Filing that is filed in response to this Notice.**

August 29, 2023     By:     /s/ Olivia Brown
Date                                Deputy Clerk

#106c-I

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70274-JAD |
| Blair A. Lockett | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 1 |
| Date Rcvd: Aug 29, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Blair A. Lockett, 147 Horton Street, Philipsburg, PA 16866-8566 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Jeffrey A. Muriceak | on behalf of Creditor Decatur Township jmuriceak@eveyblack.com choover@eveyblack.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4