UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | § |
| | § |
| Blair A. Lockett | § CASE NO. 23-70274-JAD |
| _____ | § |
| DEBTOR(S) | § CHAPTER: 13 |
| | § Related to ECF No. 14 |

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE SCHEDULES AND OTHER DOCUMENTS IN A CHAPER 13 CASE**

AND NOW, this 1st day of September 2023, upon consideration of Debtor's Motion To Extend Time to File Chapter 13 Schedules, Other Documents, and Information Required Under Section 521(a)(1), it is hereby ORDERED and DECREED that said Motion is GRANTED. Debtor shall have until **September 15th, 2023** to file his chapter 13 schedules, statement of financial affairs and statistical information, statement of current monthly income and disposable income calculation, payment advices, chapter 13 plan, and all other information and forms required by FRBP 1007(c) and 11 U.S.C. § 521(a)(1).

_____
JEFFERY A. DELLER
United States Bankruptcy Judge

FILED
9/1/23 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

\#\#\#

Case Administrator to serve Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 23-70274-JAD
Blair A. Lockett  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7  User: auto  Page 1 of 1
Date Rcvd: Sep 01, 2023  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Blair A. Lockett, 147 Horton Street, Philipsburg, PA 16866-8566 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Jeffrey A. Muriceak | on behalf of Creditor Decatur Township jmuriceak@eveyblack.com choover@eveyblack.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4