Form 131

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Blair A. Lockett**
**aka Blair A. Lockett Jr.**
  Debtor(s)

Bankruptcy Case No.: 23−70274−JAD

Chapter: 13
Docket No.: 22 − 17

## **CERTIFICATION**

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **August 17, 2023** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **September 15, 2023** and failure to meet that deadline would result in the dismissal of the case.

As of **September 20, 2023,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

## **ORDER**

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: September 20, 2023

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70274-JAD |
| Blair A. Lockett | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 20, 2023 | Form ID: 131 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Blair A. Lockett, 147 Horton Street, Philipsburg, PA 16866-8566 |
| 15635098 | + | Decatur Township, 575 Fairview Road, Osceola Mills, PA 16666-1708 |
| 15629514 | | Decatur Township, Attn: Finance Department, 575 Fairview Road, Oscola Mills, PA 16666-1708 |
| 15629503 | | Pennnsylvania Department of Revenue, Attn: Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 21 2023 03:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2023 23:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 21 2023 03:17:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2023 23:21:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15629504 | | EDI: AIS.COM | Sep 21 2023 03:17:00 | American Info Source Lp, Attn: Bankruptcy Department, P.O. Box 248848, Oklahoma City, OK 73124-8848 |
| 15629505 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Sep 20 2023 23:21:00 | Credit Corp Solutions, Attn: Bankruptcy Department, 121 S Election Rd, Draper, UT. 84020 |
| 15629506 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 20 2023 23:21:00 | Goldman Sachs Bank, Attn: Bankruptcy Department, 200 West Street, New York, NY 10282-2198 |
| 15629507 | | Email/Text: collectionsbk@glcu.org | Sep 20 2023 23:22:00 | Great Lakes FCU, Attn: Bankruptcy Department, 2525 Green Bay Road, North Chicago, IL 60064-3012 |
| 15629515 | + | Email/Text: bankruptcydocs@justenergy.com | Sep 20 2023 23:22:00 | Just Energy, LP., Attn: Bankruptcy Department, P.O. Box 460008, Houston, TX. 77056-8008 |
| 15629501 | ^ | MEBN | Sep 20 2023 23:20:19 | KML Law Group, Attn: Bankruptcy Department, 701 Market Street, Suite# 5000, Philadelphia, PA. 19106-1541 |
| 15629509 | + | Email/Text: camanagement@mtb.com | Sep 20 2023 23:21:00 | M&T BANK, Attn: Bankruptcy Department, 626 Commerce Drive, Amherst NY. 14228-2391 |

Case 23-70274-JAD  Doc 23  Filed 09/22/23  Entered 09/23/23 00:27:42  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: 131 | Total Noticed: 20 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 15629510 | EDI: PRA.COM | Sep 21 2023 03:17:00 | Portfolio Recovery Associates, Attn: Bankruptcy Department, P.O. Box 41067, Norfolk, VA. 23541-1067 |
| 15629513 | EDI: RECOVERYCORP.COM | Sep 21 2023 03:17:00 | PRA Receivables Management, LLC, Attn: Bankruptcy Department, P.O Box 41021, Norfolk, VA. 23541-1021 |
| 15633860 | + Email/Text: BankruptcyEast@firstenergycorp.com | Sep 20 2023 23:21:00 | Pennsylvania Electric Company, 101 Crawford's Cnr Rd Bldg 1 Ste 1-511, Holmdel, NJ 07733-1976 |
| 15635424 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 20 2023 23:22:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15629500 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 20 2023 23:22:00 | Rocket Mortgage, LLC., Attn: Bankruptcy Department, 1050 Woodward Avenue, Detroit, MI. 48226-3573 |
| 15629511 | EDI: RMSC.COM | Sep 21 2023 03:17:00 | Synchrony Bank, Attn: Bankruptcy Department, P.O Box 41021, Norfolk, VA. 23541-1021 |
| 15629512 | EDI: VERIZONCOMB.COM | Sep 21 2023 03:17:00 | Verizon, Attn: Bankruptcy Department, 500 Technology Drive Suite# 30, Weldon Spring, MO. 63304-2225 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Decatur Township, 575 Fairview Road, Osceola Mills, PA 16666-1708 |
| 15629508 | * | KML Law Group, Attn: Bankruptcy Department, 701 Market Street, Suite# 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Jeffrey A. Muriceak | on behalf of Creditor Decatur Township jmuriceak@eveyblack.com  choover@eveyblack.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7 User: auto Page 3 of 3
Date Rcvd: Sep 20, 2023 Form ID: 131 Total Noticed: 20

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

TOTAL: 4